PD-0155-15

granted to
May 10, 2015
PC
4-7-15

In The Court of Criminal Appeals
Austin, Texas

RECEIVED IN.
COURT OF CRIMINAL APPEALS

APR 02 2015

Abel Acosta, Clerk

Ginnie Fay Roberts
        Appellant

v.

State Of Texas
        Appellee

No. 10-14-0048-CR

Second Motion for Extention Of Time for filing
of Appellant's Pro Se Petition For Discretionary
Review

FILED IN
COURT OF CRIMINAL APPEALS

APR 02 2015

Abel Acosta, Clerk

To The Honorable Justices Of The Court Of Appeals:

Appellant, Ginnie Fay Roberts, Pro Se, requests the Court
grant an additional extention until June 10, 2015. for the filing
of Appellants Pro Se Petition For Discretionary Review, The
following allegations are made in support of this motion.

I.

The court below is the 413th Judicial District Court of
Johnson County, Texas, The style and number of the case in
the trial court is State Of Texas v. Ginnie Fay Roberts
Cause Number F47843:

II.

Appellant, Ginnie Fay Roberts, was convicted of Possession
of a Controlled Substance with intent to deliver -4 to 200 grams (Enhanced)

-1-

in Count One and Delivery of Marijuana to a Minor (Enhanced) in Count Two in the above styled and numbered Cause. Appellant was sentenced to 75 years in the Texas Department Of Criminal Justice on Count One and 60 years in the Texas Department Of Criminal Justice on Count Two.

Appellant is proceeding Pro Se in the above Cause. Appellant was previously located at the Lane Murray Unit, however Appellant now resides at the Hobby Unit in Marlin Texas.

Appellant filed her Brief on August 11, 2014 with the Court Of Appeals, Tenth District of Texas, Waco, Texas.

On January 8, 2015, The Court of Appeals for The Tenth District of Texas delivered and filed an Opinion and Judgement affirming the trial courts judgements. Thus, Appellant's Petition for Discretionary Review due February 7, 2015. Appellant recieved a copy of the Court of Appeals Opinion and Judgement on January 30, 2015 via certified mail return reciept requested # 7012 2210 000 117 338150 from her Court Appointed Appellate attorney, Lane E. Rugely; thereby giving Appellant one week to prepare and file her Pro Se Petition for Discretionary Review.

Appellant filed her Motion for Extention of Time for filing of Appellant's Pro Se Petition for Discretionary Review on February 3, 2015, and was granted time till April 10, 2015.

Appellant, whom was recently moved to another facility was not allowed access to the units Law Library during the moving process, which is why Appellant needs additional time, and is requesting a Second Motion for Discretionary Review.

-2-

Appellant, whom is proceeding Pro Se is allowed access to the new units Law Library only 10 hours per week. At the Unit, Appellant is also assigned to a job requiring 8 hours per day. Appellant does not have access to copy facilities or computers or typewriters. All documents are prepared by hand as well as case site research.

Appellant's circumstances prevent her from completing the necessary legal research to prepare the Pro Se Petition for Discretionary Review within the allowed thirty days.

### III.

This is Appellant's Second Motion for Extension of time regarding this case.

### IV.

This Extention is not requested for purposes of delay but rather to adequately brief the Legal issues presented by this appeal and Petition for Discretionary Review. The circumstances stated above and associated with being incarcerated prevent Appellant from completing the Pro Se Petition for Discretimary Review by its due date.

Therefore, Appellant prays that this Honorable Court grant Appellant's Second Motion for Extension of Time for filing her Pro Se Petition for Discretionary Review and extend the time for filing of said Petition for 60 days to June 10, 2015.

Respectfully Submitted

Ginnie Fay Roberts

-3-

TDCJ #1906777
Hobby Unit
742 Fm 712 3G114-B
Marlin, Texas 76661

-4-

## Certificate Of Service

A copy of Appellant's Second Pro Se Motion has been mailed to the Court Of Criminal Appeals by addressing same to P.O. Box 12308, Austin, Texas 78711; and a copy or letter notifying of the filing of this Motion was forwarded to the District Attorney's office, Appellate Department Guinn Justice Center, 204 So. Buffalo, Cleburne, Texas 76033 by dropping said documents into the U.S. Mail Box located on the Hobby Unit (located outside G Dorms building) on this 30th, Day of March 2015.

Ginnie Fay Roberts, Pro Se
TDCJ # 1904777
Hobby Unit
742 FM 712 3G 114B
Marlin Texas 76661

## Certificate Of Conference

Appellant does not have the access to conference telephonically with the Appellate Department of the District Attorney's office and is therefore unable to determine if they object to the granting of this motion.

Ginnie Fay Roberts, Pro Se